AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | |
|---|---|
| EF Recovery LLC, a Washington limited liablility company, <br><br> *Plaintiff(s)* <br> v. <br> ZOLL Data Systems, Inc., a Delaware corporation <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 3:23-cv-05345 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*     ZOLL Data Systems Inc,
　　　　　　　　　　　　　　　　　　c/o Corporation Service Company
　　　　　　　　　　　　　　　　　　1900 W. Littleton Boulevard
　　　　　　　　　　　　　　　　　　Littleton, CO 80120

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　　　　　　　Badgley Mullins Turner, PLLC
　　　　　　　　19929 Ballinger Way NE, Suite 200
　　　　　　　　Seattle, WA 98155

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

Date: _____            _____
　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*